UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: CR 08-1061-MWF-2 |
| Plaintiff, ) | **AMENDED JUDGMENT AND COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE** |
| vs ) | |
| Anna Marie Leal, ) | |
| Defendant. ) | |

WHEREAS, on March 12, 2018, came the attorney for the government, Jehan M. Pernas, and U.S. Probation Officer, Mia Espinoza, and the defendant Ana Marie Leal, appearing in custody with appointed counsel Stephen G. Frye, CJA.

WHEREAS, on March 12, 2018, the defendant admitted allegation numbers 1 and 2, as stated in the Petition on Probation and Supervised Release filed March 12, 2018.

THE COURT FINDS that the defendant violated the conditions of the supervised release order imposed on April 27, 2009.

1    IT IS THEREFORE ADJUDGED, upon the findings of the Court, that the period of supervised release is revoked. The defendant is committed to the custody of the Bureau of Prisons for a term of twelve months plus one day, with no Supervised Release to follow.

The Court recommends the defendant be designated to and serve the remainder of her sentence at the Metropolitan Detention Center in Los Angeles, California.

The Defendant is advised of her right to appeal.

DATE: March 12, 2018

HON. MICHAEL W. FITZGERALD
United States District Judge

FILED:

KIRY K. GRAY, CLERK

by: Rita Sanchez
    Deputy Clerk

cc: USPO; USMS; BOP